IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHAN SAETEURN,** | CIV S-08-2043 DAD P |
| Petitioner, | **ORDER** |
| v. | |
| **DERRAL G. ADAMS, Warden,** | |
| Respondent. | |

Respondent has filed a request for an extension of time to file a response in this matter. Good cause appearing, IT IS HEREBY ORDERED that respondent's request is granted. Respondent shall file a response on or before December 10, 2008.

DATED: November 13, 2008.

/saet2043.111res

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE