IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHAN SAETEURN,** | CIV S-08-2043 DAD P |
| Petitioner, | **ORDER** |
| v. | |
| **DERRAL G. ADAMS, Warden,** | |
| Respondent. | |

Respondent has filed a request for a 45-day extension of time in which to file a response to petitioner's petition for writ of habeas corpus. Good cause appearing, IT IS HEREBY ORDERED that respondent's request is granted. Respondent shall file a response to petitioner's petition for writ of habeas corpus on or before January 26, 2009.

DATED: December 11, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/saet2043.111res(2)