IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHAN SAETEURN,** | CIV S-08-2043 DAD P |
| Petitioner, | **ORDER** |
| v. | |
| **DERRAL G. ADAMS, Warden,** | |
| Respondent. | |

Respondent has requested a 10-day extension of time in which to file a response in this matter. Good cause appearing, Respondent's request for a 10-day extension of time in which to file a response in this matter is granted. Respondent shall file a response on or before February 9, 2009.

DATED: January 28, 2009.

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/saet2043.111res(3)