UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAN SAETEURN,<br><br>        Petitioner,<br><br>   v.<br><br>DERRAL G. ADAMS, Warden,<br><br>        Respondent. | Case No. CIV S-08-2043 DAD P<br><br>**ORDER** |

        Petitioner, a state prisoner proceeding through counsel, has requested an extension of time to file a traverse. Good cause appearing, IT IS HEREBY ORDERED that petitioner's request for an extension of time is granted. Petitioner shall file a traverse on or before April 1, 2009.

DATED: March 3, 2009.

                                                          _/s/ Dale A. Drozd_
                                                          DALE A. DROZD
                                                          UNITED STATES MAGISTRATE JUDGE

/saet2043.111t