UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

CHAN SAETEURN,

    Petitioner,

v.

DERRAL G. ADAMS, Warden,

    Respondent.

Case No. CIV S-08-2043 DAD P

**ORDER**

Petitioner, a state prisoner proceeding through counsel, has requested a second extension of time to file a traverse. Good cause appearing, IT IS HEREBY ORDERED that petitioner's request for an extension of time is granted. Petitioner shall file a traverse on or before May 1, 2009.

DATED: April 6, 2009.

                                              DALE A. DROZD
                                              UNITED STATES MAGISTRATE JUDGE

/saet2043.111t(2)