# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAN SAETEURN,<br><br>    Petitioner,<br><br>v.<br><br>DERRAL G. ADAMS, Warden,<br><br>    Respondent. | Case No. CIV S-08-2043 DAD P<br><br>**ORDER** |

Petitioner, a state prisoner proceeding through counsel, has requested a third extension of time to file a traverse. Good cause appearing, IT IS HEREBY ORDERED that petitioner's request is granted. Petitioner shall file a traverse on or before June 1, 2009.

DATED: May 4, 2009.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/saet2043.111t(3)