**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHAN SAETEURN, | CASE NUMBER |
| PETITIONER | EASTERN DISTRICT: CV 08-2043-TJH |
| v. | |
| DERRAL G. ADAMS, Warden, | **ORDER RE: CERTIFICATE OF APPEALABILITY** |
| RESPONDENT. | |

On _____10/2/12_____, Petitioner filed a Notice of Appeal and a request for a Certificate of Appealability pursuant to 28 U.S.C. § 2253. The Court has reviewed the matter.

IT IS HEREBY ORDERED:

☒ The Certificate of Appealability is **GRANTED**. The specific issue(s) satisfy §2253(c)(2) as follows:

☐ The Certificate of Appealability is **DENIED** for the following reason(s):
    ☐ There has been no substantial showing of the denial of a constitutional right.
    ☐ The appeal seeks to test the validity of a warrant to remove to another district or place for commitment or trial.
    ☐ The appeal seeks to test the validity of the detention pending removal proceedings.

*[signature: Terry J. Hatter, Jr.]*

| 1/20/15 | |
|---|---|
| Date | United States District Judge |

CV-79 (07/97)      ORDER RE: CERTIFICATE OF APPEALABILITY