UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| CHAN SAETEURN, | | |
|---|---|---|
| | Petitioner | CV 08-02043 TJH |
| v. | | |
| DERAL G. ADAMS, | | ORDER RE: AMENDED CERTIFICATE OF APPEALABILITY |
| | Respondent | |

On October 2, 2012, Petitioner filed a Notice of Appeal and a request for a Certificate of Appealability pursuant to 28 U.S.C. § 2253, The Court has reviewed the matter.

IT IS HEREBY ORDERED.

☑ The Certificate of Appealability is **Granted**. The specific issue(s) satisfy 28 U.S.C. § 2253(c)(2) as follows:

(1) Whether Petitioner's no contest plea was made knowingly, intelligently, and voluntarily.

(2) Whether Petitioner's constitutional rights were violated when his request to withdraw his no contest plea was denied by the trial court.

☐ The Certificate of Appealability is **Denied** for the following reason(s):
  ☐ There has been no substantial showing of the denial of a constitutional right.
  ☐ The appeal seeks to test the validity of a warrant to remove to another district or place for commitment or trial.
  ☐ The appeal seeks to test the validity of the detention pending removal proceedings.

February 2, 2015

*Terry J. Hatter, Jr.*
United States District Judge